EDNA H. ROGGE v. CHARLES P. ROGGE.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ARCHIBALD WILLIAMSON and Others v. UCHIDA TRADING COMPANY, LTD.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY v. EARLINGTON REALTY COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

DELILAH H. CHESTER v. JOHN C. EPPING.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

CLARA GOFFIN v. ISIDOR GOFFIN.— Stay pending appeal granted provided the appeal be promptly brought on for argument. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of the Application of THOMAS V. DEVINS v. HENRY D. SAYER, as Industrial Commissioner, etc.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

HERBERT STERN v. EDMUND SCHWARZ.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

WARREN McCONIHE v. VIRGINIA FOSTER DE SORZANO JORRIN and Others.— This court is in no position to determine what the record should contain. Motion to dispense with printing papers enumerated in the order appealed from denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

WARREN McCONIHE v. VIRGINIA FOSTER DE SORZANO JORRIN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE JAMAICA GAS LIGHT COMPANY v. OSCAR S. STRAUS and Others.— It appears from the answering papers that no final order now exists in these proceedings, but that they are still before the Public Service Commission. This is not controverted by answering affidavits. If this is the situation no proceedings are pending in this court in which substitution can be made upon these papers. Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE RICHMOND HILL AND QUEENS COUNTY GAS LIGHT COMPANY v. OSCAR S. STRAUS and Others.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEWTOWN GAS COMPANY v. OSCAR S. STRAUS and Others.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE WOODHAVEN GAS LIGHT COMPANY v. OSCAR S. STRAUS and Others.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of HENRY P. SCOTT and Others, as Trustees, etc. (In the Matter of MARY BURTON HARRISON, Deceased, and the KNICKERBOCKER TRUST COMPANY.) — Motion granted; questions certified. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.